UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FERNANDES,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANCHISE TAX BOARD VEHICLE REGISTRATION COLLECTIONS,<br><br>        Defendant.<br>_____/ | 1:07-cv-00420-AWI-SMS<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $350.00 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS BY APRIL 20, 2007**<br><br>**ORDER DIRECTING CLERK TO SEND PLAINTIFF A BLANK IN FORMA PAUPERIS APPLICATION FOR A PERSON WHO IS NOT INCARCERATED** |

    Plaintiff is proceeding pro se with this action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. On March 16, 2007, plaintiff filed a complaint and a motion to proceed in forma pauperis.

    Title 28 U.S.C. § 1915(a)(1) provides that any court of the United States may authorize the commencement, prosecution of defense of any civil or criminal suit, action, proceeding, or any appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets the person possesses and that the person is unable to

1

1  pay such fees or give security therefor.  Id.; Floyd v. United
2  States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997),
3  modified on other grounds in Callihan v. Schneider, 178 F.3d 800,
4  801 (6th Cir. 1999).

5      Plaintiff did not complete his application, and the Court
6  cannot determine whether plaintiff qualifies financially to
7  proceed in forma pauperis.  The Court must have all the
8  information requested in the application.  Specifically, in
9  No. 3.c., plaintiff affirmatively indicated that in the past
10 twelve months, he has received pensions, annuities or life
11 insurance payments.  However, he did not describe each source of
12 money, or the amount received, or whether he expects to continue
13 to receive same.  Without this information, the Court cannot
14 determine whether to grant or deny his application.  However, the
15 Court will afford plaintiff one last opportunity either to pay
16 the filing fee OR submit a new and completed application to
17 proceed in forma pauperis.

18     Accordingly, it is HEREBY ORDERED that plaintiff either
19 SUBMIT a new and completed application to proceed in forma
20 pauperis OR PAY the filing fee on or before **April 20, 2007.**  The
21 Clerk is DIRECTED to send plaintiff, together with this order, a
22 blank application to proceed in forma pauperis for a person not
23 in custody.  Until receipt of the new and completed application
24 or the expiration for filing same, plaintiff's complaint and
25 other documents shall remain with the Court.  However, the Court
26 will not proceed with screening the complaint or other procedures
27 relating to service until receipt of the filing fee OR a new and
28 completed application to proceed in forma pauperis.

Plaintiff is warned that failure to comply with this order will result in a recommendation that plaintiff's action be dismissed for failure to prosecute and failure to comply with an order of the Court.

IT IS SO ORDERED.

**Dated:    March 29, 2007**              /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE