1
2
3
4
5
6
                        **UNITED STATES DISTRICT COURT**
7
                            EASTERN DISTRICT OF CALIFORNIA
8
   DAVID W. FERNANDES,               )   1:07cv0420 AWI SMS
9                                    )
                                     )
10                                   )   ORDER ADOPTING FINDINGS AND
                Plaintiff,           )   RECOMMENDATION
11                                   )
         v.                          )   (Document 7)
12                                   )
   FRANCHISE TAX BOARD VEHICLE       )
13 REGISTRATION,                     )
                                     )
14                                   )
                                     )
15              Defendant.           )
                                     )
16 _____

17      Plaintiff David W. Fernandes, appearing pro se and in forma pauperis, filed this action on
18 March 16, 2007.
19      On May 7, 2007, the Magistrate Judge issued Findings and Recommendation that the
20 action be DISMISSED WITHOUT LEAVE TO AMEND.  The Findings and Recommendation
21 was served on all parties and contained notice that any objections were to be filed within thirty
22 (30) days.  Plaintiff filed his objections on May 18, 2007.
23      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a
24 *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's
25 objections, the Court finds that the Findings and Recommendation is supported by the record and
26 proper analysis.
27
28

                                         1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   The Findings and Recommendations dated May 7, 2007, is ADOPTED IN FULL;

3        and

4   2.   Plaintiff's complaint is DISMISSED WITHOUT LEAVE TO AMEND.

5        This terminates this action in its entirety.

7   IT IS SO ORDERED.

8   **Dated:   May 21, 2007**                            /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE